BEFORE THE THIRD DIVISION, APRIL 27, 1961

**No. 65542.**—A. V. Olsson Trading Co., Inc. *v.* United States, protest 59/24839 (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

**No. 65543.**—A. & A. Food Products and Chas. H. Asche & Co., Inc., et al. *v.* United States, protests 59/24897, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65544.**—Lummis & Company *v.* United States, protests 276878–K and 276882–K (Philadelphia).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65545.**—Kane Import Corporation *v.* United States, protest 308955–K (Boston).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION

APRIL 27, 1961

**No. 65546.**—Robert E. Landweer & Co., Inc., et al. *v.* United States, protests 58/406, etc. (Seattle).— The decision and judgment rendered on April 19, 1961, were vacated and set aside.